TOLEDO BAR ASSOCIATION *v.* DOYLE.

[Cite as *Toledo Bar Assn. v. Doyle* (1993), 68 Ohio St.3d 24.]

(No. 93–1740—Submitted October 12, 1993—Decided December 8, 1993.)

*Joseph L. Wittenberg* and *John K. Nelson,* for relator.

*Jerome Phillips,* for respondent.

---

*Per Curiam.* We agree with the board's findings and recommendation. Accordingly, we order that respondent be suspended indefinitely from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

MOYER, C.J., and PFEIFER, J., dissent and would disbar respondent.